IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAY 8 2013
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Criminal No. 1:13CR17

CHARLES ADKINS, and
LORETTA MEREDITH,

    Defendants.

## ORDER TO SEAL

The United States has presented to the Judge its Motion and this proposed Order requesting the Court to seal the Second Superseding Indictment, Warrant for Arrest, Motion for Order to Seal and Order to Seal in the above-captioned case and that the Second Superseding Indictment, Motion and Order to Seal be unsealed upon the arrest of either defendant.

The Court finds that there is good cause to seal such Second Superseding Indictment, Warrant for Arrest, Motion for Order to Seal and Order to Seal so as not to compromise the investigation.

The Clerk is **ORDERED** to seal the Second Superseding Indictment, Warrant for Arrest, Motion for Order to Seal and Order to Seal in accordance with the United States' Motion for Order to Seal and this Order to Seal until the arrest of either defendant and to provide the United States with certified copies of the Second Superseding Indictment, Warrant for Arrest, Motion for Order to Seal, and Order to Seal.

Notwithstanding this Order to Seal, the United States Marshals Service is authorized to input the necessary information regarding the defendants into NCIC.

ENTER: May 7, 2013

UNITED STATES MAGISTRATE JUDGE