```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                            CRIMINAL NO. 1:13CR17
                                    (Judge Keeley)

**CHARLES ADKINS,**

      **Defendant.**

## ORDER SETTING MOTIONS HEARING

For reasons appearing to the Court, it **CONVERTS** the final pretrial conference currently set for Wednesday, May 15, 2013 at 12:15 P.M. to a motions hearing on the defendant's <u>pro</u> <u>se</u> motion to terminate his appointed counsel (dkt. no. 62).

It is so **ORDERED.**

The Court directs the Clerk of Court to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: May 14, 2013

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE