```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  v.                            CRIMINAL NO. 1:13CR17
                                      (Judge Keeley)

**CHARLES ADKINS,**

       **Defendant.**

### ORDER GRANTING DEFENDANT'S ORAL MOTION TO WITHDRAW AND STRIKING PENDING MOTIONS [DKT. NOS. 62, 65]

During the motions hearing held on May 15, 2013, the defendant, Charles Adkins ("Adkins"), orally moved to withdraw his <u>pro se</u> motions to terminate his appointed counsel. Accordingly, for good cause shown, the Court **GRANTS** Adkins' oral motion and **STRIKES** his pending motions to terminate his appointed counsel (dkt. nos. 62, 65) from the docket.

It is so **ORDERED.**

The Court directs the Clerk of Court to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: May 15, 2013

                                          <u>/s/ Irene M. Keeley</u>
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE