```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                         **CRIMINAL NO.  1:13CR17**
                                         **(Judge Keeley)**

**CHARLES ADKINS,**

       **Defendant.**

## ORDER SETTING MOTIONS HEARING

The defendant has written the Court several *pro se* letters requesting that his court-appointed counsel be dismissed from this case. The Court hereby **CONSTRUES** the defendant's correspondence as his second motion to terminate appointed counsel, **DIRECTS** the Clerk to file the attached letters on the docket, and **SCHEDULES** a motions hearing to address the same on **Wednesday, June 5, 2013 at 10:30 A.M.**

It is so **ORDERED.**

The Court directs the Clerk of Court to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: May 31, 2013.

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE