Judge Keeley                                      5/21/13

Just so you know and for the record every since the US Marshals took the phone recordings from this jail that is supposed to have my voice on them I have been treated poorly by certain correctional officers. This is just one of the reasons why I feel that I will not get a fair trial in your court room and if I'm forced to keep Tom Dyer as a lawyer I know I will lose the case. On 5/15/2013 I was in your court room, you gave me 2 weeks to decide or see if I was going to have private counsel represent me. Two weeks is 14 days my 2 weeks will be up on 5/29/2013. Today is 5/21/201. I have not heard nothing from my family concernin private counsel however I do not want Tom Dyer representing me. I have allready turned him in to the Disciplinary Commitee. My family, friends and I will continue to take action against Mr. Dyer as long as hes on this case so please remove him from my case and appoint out of town counsel to represent me on this case, case no 1:13CR17. Attorneys from Clarksburg/ Harrison County socialize with the prosecution so that is a conflict of interest for me. My family will contact the Judicial Commitee on judges if necessary but I hope not. Please help me with out of town counsel. Thank you

Sincerely

Charles Lee Adkins

Dear Honorable Judge Keeley                      5/20/2013

In with these letters/doccuments that I'm sending to you is a copy of the complaint form that I filed on Tom Dyer to the Disciplinary Commitee as well as a letter I recieved from the State Attorney Generals office in Charleston WV concerning 10yr old Morrigan. My family and friends have also contacted US Senators in Washington, D.C. and have provided them with the same information concerning 10yr old Morrigan. We have also contacted the Judicial Commitee on judges and have ask that complaint forms be sent to us to be filled out against the honorable court should it come to this but I hope not however I do not see a fair trial taking place in your court room. Every time I turn around there are more indictments coming against me and it looks like I'm forced to keep Tom Dyer as an attorney or hire my own and that my family can do but it's going to take time. Time that I do not have so I'm asking the honorable court to remove Tom Dyer from my case and appoint me fulltime and last time counsel to be appointed to represent me. I assure the court that I will not ask that any further attorneys be appointed in this case furthermore we have asked the Judicial Commitee/US attorney general to provide us with complaint forms to be filled out against the US prosecuting attorney should it come to that. A copy of the letter to the Judicial Commitee will be following this letter for you to review. I will inform the Judicial Commitee of your response and answer to this request. I will also inform them of the information that

I recieved from Tom Dyer and David Frame of the bias opinion and belief of the US prosecutor and the honorable court. I will ask for the US Senator and US Supreme court in Washington DC to court order for sodium pentithai to be injected in me to show that I am not lieing on these 2 attorneys and that Tom Dyer is not representing me to the best of my interest. I asked for a copy of the motion of discovery and he refused to give it. I ask for a list of the wittnesses that will be testifying, he refused to give it to me. He has a block on his phone to stop me from calling him. My friends and family will continue to contact the Judicial Commitee and the Disciplinary Commitee as long as Tom Dyer and Dyer Lawfirm is on my case. So please with all due respect, honorable court, assure me that I will have a fair and impartial trial in the honorable court room by removing Tom Dyer from my case and appointing out of town counsel to represent me. I look forward to your responce as soon as possible. Thank you for your time.

Charles Lee Adkins



STATE OF WEST VIRGINIA

OFFICE OF THE ATTORNEY GENERAL

CHARLESTON 25305

**PATRICK MORRISEY**
**ATTORNEY GENERAL**

Please reply to:
WV Division of Corrections
Legal Division - 3rd Floor
1409 Greenbrier Street, 3rd Floor
Charleston, West Virginia 25311
(304) 558-2036 fax (304) 558-5934

May 10, 2013

Mr. Charles Adkins
North Central Regional Jail
#1 Lois Lane
Greenwood, WV 26415

Ms. Loretta Meredith
510 Gaston Avenue, Apt. 1
Fairmont, WV 26554

Dear Mr. Adkins, Ms. Meredith:

    Your letters sent to Attorney General Patrick Morrisey has been referred to me for response. Please be advised that the letters and attached flash drive have been forwarded to the Department of Health and Human Resources as a possible abuse and neglect case, as well as possible criminal case.

    I thank you for your attention in this matter,

Sincerely,

John H. Boothroyd
Assistant Attorney General

cc:   D.H.H.R.
      File

## BEFORE THE LAWYER DISCIPLINARY BOARD
City Center East
4700 MacCorkle Avenue SE, Suite 1200C
Charleston, West Virginia 25304
(304) 558-7999 • Facsimile (304) 558-4015
Website:

Date: 5/12/2013

1) **Complainant:** Mr. ( )  Ms. ( )
   Your Name: Charles L. Ackins
   [First] [Initial] [Last]

   Your Address: #4 Lois Lane
   [Street/Post Office Box]

   Greenwood WV 26415
   [City] [State] [Zip]

   Your Telephone: ___-___-____ [Home]  ___-___-____ [Business]
   [Note: It is very important that we have your telephone number(s)]

2) **Attorney Being Complained Of:**

   Name: Thomas G. Dyer
   [First] [Initial] [Last]

   Address: 349 Washington Ave. P.O. Box 1332
   [Street/Post Office Box]

   Clarksburg WV 26302
   [City] [State] [Zip]

   Attorney's Telephone Number: 304-622-1635

3) Have you ever filed a complaint about this matter here or anywhere else?

   Yes [ ]   No [X]   If yes, please explain:

4) Have you brought a civil or criminal action against this attorney:

   Yes [ ]   No [X]   If yes, please explain:

5) What kind of case or legal matter are/were you and this lawyer involved in? criminal, felony

6) **DETAILS OF COMPLAINT:** [Write here or attach separate written explanation; attach copies of documents which help explain your complaint. Give date last unethical act occurred.]

On April 17, 2013 Tom Dyer was appointed by federal magistrate judge John Kaull was to represent me on criminal case # 1:13CR17

since that day attorney Dyer has been disrespectful to me, rude to me, he has disrespected and belittled my witnesses and friends

(DETAILS OF COMPLAINT CONTINUED)

he said that my witnesses amount to nothing. Attorney Dyer said to me and I quote, who is your witness named Loretta, a slob, a mrs reverend nobody. I informed my witness Loretta Meredith of what attorney Dyer said about her. She called him to confront him and he denied it. He spoke badly of my witness Sandra Eleneer who is a respectful business owner in NY. Attorney Dyer called Sandra Mrs. nobody. I provided attorney Dyer with some documents that would show that the prosecutions witnesses are not credible witnesses. The documents that I gave to attorney Dyer was a police report from a city police officer from Erie PA. In his report it can be proven that the information and statements that the individuals gave to the police officer was false. And the individuals that gave this information they are the prosecutions witnesses. Mr Dyer has refused to use this information that would help in my defence. He is not representing me to the best of my interest. I do not trust this attorney and do not want him representing me. He has treated me like im his toy, someone to play with. He shows no interest in truely helping me. My power of attorney provided Mr Dyer with a copy of an audio tape of a 10 year old child who was sexually abused by several family members of hers. One of those family members is the prosecutions witnesses against me. Mr Dyer acts like that is a good witness and Mr Dyer has failed to help me report the abuse to the proper authorities. Mr Dyer has allowed the prosecution and law enforcement agencies to harass and threaten my witnesses. I have asked Mr Dyer to withdraw from my case and he refuses to do so. I do not want court appointed counsel. My family and friends are going to hire me counsel. Please take action against this attorney as soon as possible.

7) **OATH OF COMPLAINT:** The facts written above, and in attached letters and documents are known by me to be true or are believed to be true.

_____
**Signature**

Subscribed and sworn before me this __14TH__ day of __May__, 20__13__.

_____
Official signature and official seal of notary

Official Seal
Notary Public, State Of West Virginia
Zachariah M Walker
North Central Regional Jail
1 Lois Lane
Greenwood WV 26415
My commission expires October 2, 2022

Dear Honorable Judge Keeley                                5/24/2013

I just want you to know that I refuse to have Tom Dyer or the Dyer Lawfirm on my case. It will take ~~10 to 15~~ days for my family and friends to get the loans to have the money to hire me private counsel. I do not have that kind of time and I do not want to drag this case out. I can not represent myself at this point in time because this facility will only let me use the law library 1hr a day. I do not have the Georgetown Journal or the Blacks Laws Dictionary volum 1 thru 4. This is all a hinderance and a violation of my 5th ammendment right due process. I am asking that the honorable court to appoint me out of town counsel to represent me on this case. The local attorneys in Clarksburg/Harrison County socialize on duty and off duty with the local prosecutors and this is a conflict of interest for me. You, honorable judge, represented a family member of mine when you were a defense attorney that I am willing to overlook and work with but Tom Dyer I am not. Please remove Dyer Lawfirm from my case and appoint out of town counsel to represent me. Counsel that does not socialize with the prosecution.
Thank you for your time
Sincerley
Charles Lee Adkins

Case No 1:13CR17

5/23/2013

Dear Judge Keeley

This is Charles Lee Adkins. I just want you to know that I am not contacting or cooperating with Tom Dyer. The last time I was before you in your court room was on May 15, 2013 at that time I agreed to give Tom Dyer a chance to represent me but since that day things have changed. He once again has become rude and disrespectful to me he still yet has failed to take legal action against US Marshals for searching the apartment that is rightfully half mine, my name and Loretta's name is on the lease. The US Marshals took some of my belongings without serving a search and seizure warant on me. This is an illegal search and seizure. Tom Dyer still says that you and the prosecutor both still believe that I was working my way towards sexually molesting 10yr-old Morrigan, false allagations, bias opinion and belief. Tom Dyer socializes with the prosecution, that is a conflict of interest in itself. Tom Dyer says your not going to make him get off my case and that is in violation of my 5th ammendment right due process. I have contacted the Disciplinary Commitee and I have contacted the judicial commitee on judges and will continue to if Tom Dyer is not removed from my case. If I lose this case at trial its because you forced me to keep Tom Dyer as my lawyer. So please remove Tom Dyer from my case and appoint me out of town counsel to represent me, counsel that does not socialize with the prosecution. If you judge Keeley will do this you will not hear another complaint from me. Thank you for your time.

Sincerley
Charles Lee Adkins

5-26-13
Case No. 1:13C

Judge Keeley,

    Just want you to know that I turned David Frame, into the Office of Disciplinary Counsel he is guilty of violating Attorney Client Confidentiality, and the Rules of professional conduct. I did not give David Frame, any false information or Documents. As for Tom Dyer please Remove him from my case. I have turned he too into the Disciplinary counsel and I'm also contacting the Judicial committy on Judges, and show them what is happening in your court Room. And I need out of town counsel.

    I do not want attorneys that socialize with the prosecution, that is conflict of interest. Please Remove Tom Dyer, from this case as soon as possible, and before I close this letter. I would also like to inform you that I have contacted the local News media here in W.V. And I have also contacted CNN letting them know how things are handled here. We are at a time frame in this matter because trial date is July, 22 2013 I'll be looking forward to your timely Responce to this matter thank you.

Sincerely
Charles L Adkins
Charles L. Adkins
2578011    Case No 1:13CR17

5-26-13

Judge Keeley

Case No. 1:13CR

This is Charles Adkins, I am writing you because you had given me two weeks to decide if I want to hire new counsel or represent myself. I am letting you know again that I want Tom Dyer removed from this case because since we last spoke Tom Dyer and I have had some serious problems with all of my court transcripts, discovery and he also stated that he has in his possession audio tapes and all of which he refuses to let me have or listen to. I have filed a complaint with the Office of Disciplinary Counsel on the Rules of Professional Conduct on Mr Dyer, concerning his incompetenc in my case. I want Tom Dyer removed and new counsel appointed me from outside of the area of Clarksburg, (Harrison County). Time is running out so this issue needs to be taken care of immediatly, and the judiciary committee has also been notified on how things are handled in this district. Please take Tom Dyer off this case as soon as possible thank you for your time in this matter. One more thing I would like a jury trial not a bench trial thank you.

Sincerely
Charles L Adkins
Charles L. Adkins
2578011          Case No. 1:13CR1

5-26-13
Case No. 1:13CR

Dear Judge Keeley

I am briefly going to mention to you that I do no trust or respect Thomas Dyer. He has disrespected me, my witnesses, as well as my friends. He has allowed my rights to be violated. He works closely with the prosecution so that is a conflict of interest for me. He knew my witnesses were being harassed and or threatened. Forced to change their statements. You Honorable Judge have been in this line of work for many years. You were at one time a defense attorney that I am aware of and represented a family member of mine. After all of these years I would think that you would have a sharp eye and a close eye on each and every case that is before you and in this case something is most definately wrong. When this was a state case I had witnesses when it become a federal case I lost my witnesses. Attorney Dyer told me that the courts in this area doesn't see a lot of cases like mine and that the cases in this area like mine stay at the state level and don't go to the federal level. It was Mr. Dyer who told me that it was the US Prosecuting attorney and you honorable judge who insinuated that I was buttering up to the 10yr old girl Morrigan just to get her trust so I could sexualy mollest her. It was Mr Dyer who said that my witnesses and friends was Mr. and Mrs. Nobodys. people who amount to nothing. I do not trust Mr. Dyer and I have some doubt in the federal court in Clarksburg, Harrison County.

5-26-13

In all honesty I could represent myself. I've did it in the past in both federal and state court, this I can prove. However, in this case unlike the other cases I have 6 or more indictments pending against me and I will most likely have a jury trial and again in all honesty I would rather have an attorney to represent me. But it can't be Tom Dyer or Dyer Lawfirm. So I will ask for the Honorable Court to appoint out of town counsel to represent me in this matter. Counsel from Parkersburg, Wheeling, Beckly, Charleston, Morgantown, or any other area besides Clarksburg, Harrison County. There are other inmates in this jail that Tom Dyer has mislead and let down. I assure the honorable court that if this be granted to me I will not ask for another attorney again in this case. Thank you for your time.

Sincerely
Charles Adkins
Charles Adkins
2578011   Case No. 1:13CR1'