IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

*vs*.                                          **CRIMINAL ACTION NO. 1:13CR17**

**CHARLES ADKINS (1), and**
**LORETTA MEREDITH (2),**

      **Defendants.**

## ORDER

On June 4, 2013, Defendant Loretta Meredith, through counsel, filed a Motion to Amend Initial Scheduling Order [Docket Entry 73].  Defendant Meredith asserted that, due to the nature and volume of the Government's supplemental discovery, she requires additional time to file reciprocal discovery and pretrial motions.  Defendant Meredith further asserts that the Government does not object to this motion being granted.

In consideration of same, the Court, hereby, **GRANTS** Defendant Meredith's Motion to Amend Initial Scheduling Order.  Defendant Meredith's reciprocal discovery shall be due on or before **June 18, 2013**; Defendant Meredith's pretrial motions shall be due on or before **June 20, 2013**; the Government's response to Defendant Meredith's pretrial motions shall be due on or before **12:00 p.m., July 1, 2013**; the hearing on pretrial motions is continued from June 18, 2013, to **July 2, 2013, at 10:00 a.m.**, at the Clarksburg point of holding court.

It is so **ORDERED**.

The Clerk is directed to provide a copy of this Order to counsel of record, the U. S. Marshal, and all involved agencies.

DATED: June 5, 2013

                                                      */s/ John S. Kaull*
                                                      JOHN S. KAULL
                                                      UNITED STATES MAGISTRATE JUDGE