Criminal No. 1:13-CR17

FILED
JUN 13 2013
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Pg 2 of 2

Honorable Judge Keeley

6-10-2013

I am asking that you please accept this letter as a motion/document from I the defendant charles Adkins by way of ProSE

I desperatly need the help of the honorable court. I am asking for the Trial and Trial date to be postponed from July 22nd 2013 to October 22nd 2013. I am still in the housing unit that the Jail has me in Twenty Three hour lockdown. I need help from the honorable court concerning the following.

I need the court to enter a general release, releasing I Charles Adkins from the special care/housing Facility of the North central regional Jail. The Jail officials are saying that I am in the Jails custody, not the custody of the US marshals, as long as I am housed here.

I need your help honorable Judge, and if you will not give this general release then please court order me to another facility where I am not locked down 23 hours a day.

As for stand by counsel Mr Dyer, he brought me documents, then left. It does not appear he is going to be much help. This is why I wanted diffront counsel.

Mr Dyer refused to take action against the US marshals when they Searched my apartment without providing me a warrant, and he has done nothing concerning the Subponea from the grand Jury to get the Phone records from this Jail.

I am being violated by the US marshals, stand by counsel and this Jail. I do not see a fair trial taking place. This is why I continue to report tom Dyer to the ODC, and the court to the Judical committe.

Criminal No. 1:13-CR17

Pg 1 of 2

6-10-2013

This is not to get my way, but because court officals, us marshals, and attorneys are not abiding by the law and court procedure.

My fifth amendment rights are being violated. I am trying, and willing to cooperate with the courts and the prosecution. I am at question why the honorable court will not address the issue that when the honorable Judge was a defense attorney she represented a relative of mine making this a conflict of interest. Furthermore this Jail has moved me from my bunk to now being on the floor sleeping beside a toilet. this is not the way the federal goverment or Jail should treat me I am asking that the court hold a hearing on these matters as soon as possible. Thank You for your time on these matters.

Respectfully,

Charles L. Adkins