IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED 0-2013

JUN 1 3 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA

Plaintiff

V.

Criminal case No. 1:13CR17

CHARLES ADKINS

Defendant

Comes now I THE Defendant CHARLES ADKINS by way of Pro se and respectfully sumnts This Motion for a General release from THE NORTH CENTRAL REGIONAL JAIL's special care/housing facility And in support states THE following:

A. You Honorable Judge Irene M. KEELEY granted ME THE Defendant on This Day 6/5/2013 THE Right To REPRESENT myself by way of Pro-se with Thomas G. DYer as stand-by counsel. At This Jail, Im being TREATed wrongfully MY housing Is 23hr lockdown Im out one hour A day if Im Lucky. I CAN NOT use The law library, clean my cell, shower and communicate with Thomas DYer All in one hour. I HAVE had Numerous conversations with CPI's And sgTs' AT This Jail As well as counsolors concerning This situation.

B. I've finally came face To face With A "Sgt" AT This jail Concerning This mATTER The "Sgt" Is saying I'm NoT IN CusTody. of The U.S. MARShals but I AM iN The U.S. MARShals cusTody NoT The Regional Jail's so I'm Asking The HonoRAbie couRT foR The following. ENTER A GENERAl REJEASE, REJEASING I CHARLES L. ADKINS FRom THE NORTH CENTRAL REGional JAIi's sPECIAl cARE/HousING FACiliTy As WAll As THE sPECIAl cusTody.

C. THE GENERAl REJEASE sHould BE FAX BY THE HoNoRAble DisTRICT couRT JudGE IRENE M. KEEley PlEASE GRANT THIS GENERAl REJEASE oRDER As soon As PossibiE

Sincerey

Charles L. Adkins

Criminal Case No. 1:13-CR17

CHARLES LEE ADKINS

NORTH CENTRAL REGIONAL JAIL
# 1 Lois LANE
GREENWOOD, WV 26415

## CERTIFICATE

I hereby Certify That on This ____ day of
June, 2013 a True and exact Copy of
The foregoing was delivered By U.S.
Mail To The following:

✓cc  Honorable Irene M. KEELEY
U.S. DisTricT Judge
500 West Pike STreeT
P.O. Box 2868
ClarksBurg WV 26302

Shawn morgan, Assisant U.S. ATTorney
320 WEST Pike ST - Suite 300
ClarKSBurg W.Virginia 26301

Thomas G. Dyer,
349 WashingTon STreeT,
ClarKSBurg, WesT Virginia 26301