IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Motion                                    **FILED**   6-12-2013

JUN 14 2013
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA
        Plaintiff

V.                                        Criminal case No. 1:13CR17

CHARLES ADKINS
    Defendant

Comes Now I Charles Adkins by way of PRO SE and respectfully Moves the court to reschedule and redate the evidentiary hearing set for June 20 2013 to be postponed until July 20 2013 and in support states the following

A) I the defendant have not recieved the discovery packet in its entiriety. I have not heard the audio tapes.

B) Standby counsel has not provided me with documents in there entiriety. It is impossible for I the defendant to file on June 20 2013 when I the defendant have not seen the entire discovery packet or listened to the audio tapes. For all these reasons I the defendant prays that the Honorable court will grant this motion.

                                  Respectfully
                                  Charles L. Adkins