**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                **Criminal No. 1:13CR17**

**CHARLES ADKINS,**

      **Defendant.**

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE [DOCKET NO. 91]

Now comes the United States of America and William J. Ihlenfeld II, United States Attorney for the Northern District of West Virginia, by Shawn Angus Morgan, Assistant United States Attorney for said District and responds to the Defendant's Motion to Continue Trial entered June 14, 2013, by stating that the United States has no objection.

                                  Respectfully submitted,
                                  WILLIAM J. IHLENFELD II
                                  UNITED STATES ATTORNEY

                    By:  /s/ Shawn Angus Morgan
                          Shawn Angus Morgan
                          Assistant U.S. Attorney
                          W.Va. Bar No. 6640
                          320 W. Pike Street, Ste. 300
                          Clarksburg, WV 26301
                          (304) 623-7030
                          (304) 623-7031 (fax)
                          shawn.morgan@usdoj.gov

CERTIFICATE OF SERVICE

      I, Shawn Angus Morgan, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on June 18, 2013, I electronically filed the foregoing UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas G. Dyer

and I hereby certify that I have mailed, by United States Postal Service, the document to the following non-CM/ECF participants:

Charles Adkins
2578011
North Central Regional Jail
#1 Lois Lane
Greenwood, WV  26415

       /s/ Shawn Angus Morgan
      Shawn Angus Morgan
      Assistant United States Attorney