# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

**v.**             **Criminal No. 1:13CR17**

**CHARLES ADKINS, and**
**LORETTA MEREDITH,**

  **Defendants.**

## GOVERNMENT'S MOTION TO CONTINUE JURY SELECTION AND TRIAL

Now comes the United States of America and  William J. Ihlenfeld II, United States Attorney for the Northern District of West Virginia, by Shawn Angus Morgan, Assistant United States Attorney, for said District, and in support of its Motion to Continue Jury Selection and Trial states as follows;

The United States previously forwarded to the West Virginia State Police Digital Forensics Unit in Morgantown a personal computer and two cellular telephones for forensic analysis.  These items were seized pursuant to a federal search warrant executed at defendant MEREDITH's residence in April 2013.  Due to staffing reductions at the West Virginia State Police Digital Forensics Unit in Morgantown, the case agent has had to transfer the items to the Unit in Huntington, West Virginia.

The United States requests a 90 day extension in order to allow sufficient time for processing of this forensic evidence.

.

Respectfully submitted,
WILLIAM J. IHLENFELD II
UNITED STATES ATTORNEY


By:   /s/ Shawn Angus Morgan
Shawn Angus Morgan
Assistant United States Attorney
Bar No. 6640
320 W. Pike Street, Suite 300
Clarksburg, WV 26301
(304) 623-7030
(304) 623-7031 (facsimile)
Shawn.Morgan@usdoj.gov

## CERTIFICATE OF SERVICE

I, Shawn Angus Morgan, Assistant United States Attorney for the Northern District of West Virginia, here certify that on June 21, 2013, I electronically filed the foregoing **GOVERNMENT'S MOTION TO CONTINUE JURY SELECTION AND TRIAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Charles Berry

        Thomas Dyer

and I certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participants:

        Charles Adkins
        257801
        North Central Regional Jail
        #1 Lois Lane
        Greenwood, WV  26415

                                      /s/ Shawn Angus Morgan
                                      Shawn Angus Morgan
                                      Assistant U. S. Attorney