**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

September 10, 2013

Cheryl Dean Riley, Clerk
U.S. District Court
Northern District of West Virginia
P. O. Box 2857
Clarksburg, WV 26302-2857

      Re:    <u>USA v. Adkins et al</u>
               1:13-cr-00017-IMK-JSK-1

Dear Ms. Riley:

      The enclosed document was received by this court on August 19, 2013 and is construed as a notice of appeal.

      In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the document has been date stamped and is being forwarded to your court for appropriate disposition. <u>See</u> FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.")

      If the district court has already transmitted a notice of appeal to this court as to the issues contained in the attached, it is unnecessary to transmit notice of the appeal a second time.

                                            Yours truly,

                                            Patricia S. Connor

PSC:dlg
Enclosures

cc: Charles Adkins (w/ stamped 1st pages)
#2578011
North Central Regional Jail
F-7-8
1 Lois Lane
Greenwood, WV 26415

cc: Thomas G. Dyer, Attorney (w/ stamped 1st pages)
Dyer Law Offices
P.O. Box 1332
Clarksburg, WV 26302-1332