FILED: September 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4678

(1:13-cr-00017-IMK-JSK-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHARLES ADKINS

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
| Originating Case Number | 1:13-cr-00017-IMK-JSK-1 |
| Date notice of appeal filed in originating court: | 08/19/2013 |
| Appellant (s) | Charles Adkins |
| Appellate Case Number | 13-4678 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |