/

In the United States District Court
for the Northern District of West Virginia

**FILED**
NOV 15 2013
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

United States of America

Plaintiff

Criminal No. ~~_____~~

1:13CR17

V.

Charles Adkins

Defendant

Defendant's Pro Se Exparte Motion to Remove Standby Counsel Tom Dyer and Appoint New Standby Counsel from Out of Town

Comes now I, Defendant Charles Adkins, by way of Pro Se and submit this Exparte Motion to the Honorable Judge Irene M. Keeley to remove standby counsel and appoint new out of town standby counsel. In support states the following:

A. On or about March or April of 2013 Thomas Dyer was appointed as full-time counsel to represent I, the Defendant Charles Adkins, on case number 1:13CR17. Tom Dyer failed to represent me to the best of my interest. He made me promises he did not keep.

B. Standby Counsel knows my Fourth Amendment Right had been violated via Illegal Search & Seizure on my Co-Defendant's apartment in Fairmont, WV. Finally, on or about April or May of 2013 I, Defendant Adkins, began defending myself by way of Pro Se. Moving Tom Dyer from full-time Counsel to Standby Counsel. Standby Counsel, Mr. Dyer, continued to lie to me and make promises he did not keep. He promised me a full, and final, Discovery Packet. I still do not have a Discovery Packet. Audio tapes that were a part of evidence that Standby Counsel delivered to me were tampered/altered with. The tapes start a conversation part ways through, the tapes stop and start part ways through another recording. Some of the audio is inaudible. This is Tampering with Evidence. The tapes were received from the US Marshall, and US Prosecutor to Standby Counsel whom delivered them to me. Between the three (3) they have tampered with the evidence. This is illegal and a conspiracy. Standby Counsel is already involved in a conspiracy with the US Marshall & US Prosecutor in Judge Keeley's courtroom. The surveillance tapes to a hearing held on August 15TH, 2013, will prove there is a conspiracy. The Solicitor General in Washington, DC has been made aware of all this. The Judicial Committee in Richmond, VA has also been made aware of all this.

c. Standby Counsel has basically threatened me, told me that Judge Keeley makes her own rules in the courtroom, and admitted to the conspiracy. The phone conversation held between me and Standby Counsel on August 29TH, or 30TH, 2013 will show this to be true. Just last week during a phone conversation between me & Standby Counsel. Mr. Dyer told me it's the US Prosecutor who is out to get me one way or another and is out to get a conviction on me. This shows bias and a conspiracy. This conversation was on or about the 4TH, 5TH, or 6TH of November 2013. As of this writing, Standby Counsel is asking for more money to do research, interview witnesses, and submit subpeanas. Standby Counsel had plenty enough time to do this when he was full-time Counsel and failed to do so. I am asking that the Honorable Judge Irene M. Keeley remove Tom Dyer, Standby Counsel, from this case and appoint me new Standby Counsel from out of town. This new Standby Counsel is to work with me, not for or against me on this case. Jury Trial is set for March 5TH, 2014. There is enough time for new Standby Counsel to join in on this case and help with my defense. Without having to postpone a Jury Trial any further. As for Tom Dyer there is a conspiracy that involves him, the US Marshall, and the US Prosecutor. I have a witness, who is counselor Hudson at this jail, who knows that some of the phone recordings are messed up.

D. The conspiracy that involves Standby Counsel Thomas Dyer, US Marshall John Hair, and US Prosecutor Shawn Morgan, as well as a WV State Trooper Corporal McDougal. Higher US courts and officials have all been made aware of this. Standby Counsel has been threatening me, trying to force me into a plea agreement with the government. He has done nothing for me. For these reasons I, the Defendant, praise that the Honorable Court will grant this Exparte Motion.

Respectfully submitted,

*Charles Adkins*

Charles Adkins

Certification of Services

I hereby certify on this day of November 12TH, 2013 I, Charles Adkins, sent a true and accurate copy of this document to all parties involved by way of US Mail.

District Court Judge
Irene M. Keeley.
West Pike Street, Clarksburg, WV

Standby Counsel
Thomas Dyer
Washington Avenue, Clarksburg, WV