FILED: February 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4678
(1:13-cr-00017-IMK-JSK-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHARLES ADKINS

    Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Gregory and Judge Wynn.

For the Court

/s/ Patricia S. Connor, Clerk