FILED: February 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4678
(1:13-cr-00017-IMK-JSK-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

CHARLES ADKINS

  Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered 12/19/13, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*