IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                        CRIMINAL NO. 1:13CR17
                            (Judge Keeley)

CHARLES ADKINS,

        Defendant.

**ORDER GRANTING GOVERNMENT'S MOTION
FOR A PSYCHIATRIC EVALUATION [DKT. NO. 194]**

At a hearing on March 26, 2014, the Court took up the Government's motion for a psychiatric evaluation of the defendant, Charles Adkins ("Adkins"), (dkt. no. 194). After hearing the arguments of counsel, the Court concluded that there is reasonable cause for a psychiatric and psychological examination of Adkins and **GRANTED** the Government's motion. Pursuant to the provisions of 18 U.S.C. § 4241, the Court therefore **ORDERS** as follows:

    1. That Adkins shall be committed to the custody of the Attorney General and transported to a suitable facility for the purpose of examination by a licensed or certified psychiatrist or psychologist to determine whether he is presently suffering from mental disease or defect rendering him mentally incompetent to he extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

    2. That Adkins be committed to an appropriate facility for a reasonable period, not to exceed thirty (30) days from the date he

UNITED STATES v. ADKINS                                      1:13CR17

ORDER GRANTING GOVERNMENT'S MOTION
FOR A PSYCHIATRIC EVALUATION [DKT. NO. 194]

arrives at the facility, for the purpose of an examination pursuant to 18 U.S.C. § 4241;

3. That all psychiatric and psychological examination reports be prepared and filed with the Court, with copies provided to defense counsel and counsel for the Government in accordance with the provisions of 18 U.S.C. § 4247. Such reports shall conform to the requirements of § 4247(c) and contain such information as may be necessary to allow proper determination of the issues specified under § 4242;

4. That, upon completion of such examination, Adkins shall be returned to the custody of the United States Marshals Service for the Northern District of West Virginia; and

5. That a hearing to determine the competency of Adkins be scheduled following receipt of his examination reports.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record, standby counsel Thomas G. Dyer, the pro se defendant and all appropriate agencies, certified mail, return receipt requested.

DATED: March 26, 2014.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

2

I certify that on this __1ST__ day of __April__, 2014, I executed (in part)/in full the within WHCAP/WHCAT/ASR/ASRT/(ORDER) by taking custody of the within named __Charles Adkins__, from __NEOCC__ at __Youngstown, OH__, and produced same at ~~_____~~ on _____, ~~2014,~~ remanded same to the custody of __JPATS__.

        Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _____

I certify that on this __9th__ day of __JUNE__, 2014, I executed in part/(in full) the within WHCAP/WHCAT/ASR/ASRT/ORDER by taking custody of the within named __CHARLES ADKINS__, from __JPATS/NEOCC__ at _____, and produced same at _____ on _____, 2014, remanded same to the custody of __N/WV USMS NCRJ__.

        Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _____

**FILED**
JUN 27 2014
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

I certify that on this _____ day of _____, 2014, I executed in part/in full the within WHCAP/WHCAT/ASR/ASRT/ORDER by taking custody of the within named _____, from _____ at _____, and produced same at _____ on _____, 2014, remanded same to the custody of _____.

        Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _____

I certify that on this _____ day of _____, 2014, the within WHCAP/WHCAT/ASRP/ASRT/ORDER is being returned "unexecuted" _____
_____
_____
_____.

        Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _____