FILED: October 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4810

(1:13-cr-00017-IMK-JSK-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

CHARLES ADKINS

  Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | US District Court for the Northern District of West Virginia at Clarksburg |
| Originating Case Number | 1:13-cr-00017-IMK-JSK-1 |
| Date notice of appeal filed in originating court: | 10/27/2014 |
| Appellant (s) | Charles Adkins |
| Appellate Case Number | 14-4810 |
| Case Manager | Brian Bain<br>804-916-2736 |